# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL KARRER, and SANTIAGO ESTRADA, individuals, on behalf of themselves, and all others similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>BEST BUY CO., INC., a Minnesota Corporation authorized to do business in the State of California,<br><br>Defendants. | Case No.: CV11-07697 JAK (MRWx)<br><br>**JUDGMENT AS TO DEFENDANT BEST BUY STORES, L.P.'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, MOTION FOR PARTIAL SUMMARY JUDGMENT OF PLAINTIFFS' CLAIMS**<br><br>Date:   April 19, 2012<br>Time:   8:30 a.m.<br>Ctrm.:   760 – 7th Floor |

On February 6, 2012, Plaintiffs Michael Karrer and Santiago Estrada ("Plaintiffs") filed their Second Amended Complaint ("SC") against Defendant Best Buy Stores, L.P. ("Best Buy").  Plaintiffs alleged the following six causes of action:  (1) failure to pay vacation wages in violation of Labor Code §§ 201, 203, 216, 218.5, and 227.3; (2) failure to timely pay wages owed upon termination in violation of Labor Code §§ 201, 202, and 203; (3) violation of Labor Code § 227.3 for maintaining and implementing a vacation policy that provides for the forfeiture of unused vacation; (4) breach of contract; (5) unfair competition; and (6) violation of California's Private Attorney General Act.

On May 21, 2012, Best Buy's Motion for Summary Judgment or, in the Alternative, Motion for Partial Summary Judgment of Plaintiffs' Claims came on regularly for hearing before this Court.  For the reasons stated at the hearing, and as set forth in the Court's May 24, 2012 Order, the Court granted Best Buy's Motion for Summary Judgment on all of Plaintiffs' claims.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:**

Judgment is entered in favor of Best Buy and against Plaintiffs on Plaintiffs' First, Second, Third, Fourth, Fifth and Sixth Causes of Action.  Plaintiffs shall take nothing as a result of their First, Second, Third, Fourth, Fifth and Sixth.  Best Buy shall recover its costs with respect to these claims.

**IT IS SO ORDERED.**

Dated:  June 12, 2012         By: _____
                              Honorable John A. Kronstadt
                              United States District Judge